ARMSTRONG, Appellant, *v.* PAUL et al., Respondents.
FORCIBLE ENTRY, Etc.

Opinion by Brosnan, J., Lewis, C. J., concurring.

The facts of this case, and the questions of law involved therein, are in all respects like to those in another case between the same parties, decided at the present term of the Court.   The same judgment will be entered in this case as in that case.   Ordered accordingly.

Justice BEATTY did not sit in this case.